# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALE GIBSON,<br><br>  Plaintiff,<br><br>  v.<br><br>HOWARD MOSELEY, et al.,<br><br>  Defendants. | Case No. 1:23-cv-00230-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 10) |

Plaintiff Kendale Gibson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on February 15, 2023, and Plaintiff was granted in forma pauperis status on April 18, 2023.  On May 5, 2023, the Court screened Plaintiff's complaint, found not cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 10.) Plaintiff has failed to filed an amended complaint or otherwise respond to the Court's order and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **June 13, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28