UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALE GIBSON,<br><br>            Plaintiff,<br><br>    v.<br><br>HOWARD MOSELEY, et al.,<br><br>            Defendants. | No.  1:23-cv-00230-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 13) |

Plaintiff Kendale Gibson ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that the action be dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief.  (ECF No. 13.)  The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service.  (*Id*. at 11.)  No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 7, 2023, (ECF No. 13), are adopted in full;
2. This action is dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief; and
3. The Clerk of Court is directed to terminate this action.

IT IS SO ORDERED.

Dated:   September 22, 2023

UNITED STATES DISTRICT JUDGE